UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   CASE NUMBER: 8:01-cr-267-T-26EAJ

JAMES ALAN ECKER
_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on November 3, 2006. The defendant appeared with counsel, Mary Mills. Also present was the Probation Officer and Assistant United States Attorney Colleen Murphy-Davis.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on February 15, 2002, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **REVOKED.**

2. The defendant, JAMES ALAN ECKER, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TIME SERVED.**

Page Two

3. The defendant is placed on a new term of supervised release of **ONE (1) YEAR**. Same terms and conditions with the additional condition of **HOME DETENTION FOR A PERIOD OF THREE (3) MONTHS.**

**DONE AND ORDERED**, At Tampa, Florida, this <u>3rd</u> day of November 2006.

RICHARD A. LAZZARA
United States District Judge

cc: U.S. Attorney - W. Stephen Muldrow/Colleen Murphy-Davis
Defense Counsel - Mary Mills
Defendant - c/o Counsel
U.S. Marshal
U.S. Bureau of Prisons
U.S. Probation